No. 555. WILSON v. ILLINOIS. Supreme Court of Illinois. Certiorari denied. *Frank A. McDonnell* for petitioner.

No. 559. JOHNSON ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *John J. Duff* for petitioners. *Acting Solicitor General Stern, Assistant Attorney General Olney, Beatrice Rosenberg* and *Edward S. Szukelewicz* for the United States.

No. 561. ADAMO v. McCORKLE, ACTING PRINCIPAL KEEPER OF STATE PRISON. Supreme Court of New Jersey. Certiorari denied. *Dominick F. Pachella* for petitioner. *Grover C. Richman, Jr.,* Attorney General of New Jersey, and *Harold Kolovski* and *C. William Caruso,* Deputy Attorneys General, for respondent.

No. 565. WILLIAMS v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *Geoffrey Creyke, Jr.* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *John R. Wilkins* for the United States.

No. 572. MEADOWS v. WESTERN RESERVE LIFE INSURANCE Co. Supreme Court of Texas. Certiorari denied. *John M. Scott* for petitioner. *Webster Atwell* for respondent.

No. 576. UNITED STATES v. TAFFS. C. A. 8th Cir. Certiorari denied. *Acting Solicitor General Stern* for the United States. *Hayden C. Covington* for respondent.